IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**WILLIE JAMES LOVE,**                                                **PETITIONER**

**V.**                                                                **NO. 2:05CV146-P-B**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL,**                     **RESPONDENTS**

### FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice and without evidentiary hearing for failure to exhaust available state remedies.

**IT IS SO ORDERED.**

THIS the 2nd day of August, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE