**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA  DIVISION**


**WILLIE JAMES LOVE,**                                                                                  **PETITIONER**

**V.**                                                                                                          **NO.  2:05CV146-P-B**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL,**                      **RESPONDENTS**


## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice and without evidentiary hearing for failure to exhaust available state remedies.

**IT IS SO ORDERED.**


THIS the 2nd day of August, 2005.


/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE